NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Cross-Appellant*

**v.**

**LOGANTREE, LP,**
*Appellant*

---

2024-1123, 2024-1119

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00037 and IPR2022-00040.

---

**ON MOTION**

---

**O R D E R**

The parties submit a joint stipulation to voluntarily dismiss Appeal No. 2024-1123 with prejudice and Appeal No. 2024-1119 without prejudice, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The court generally does not specify whether a dismissal of an appeal is with prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The appeals are dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

October 3, 2024
Date

ISSUED AS A MANDATE: October 3, 2024